# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2711 Disciplinary Docket No. 3 |
| | : | |
| ADAM LUKE BRENT | : | Board File No. C1-20-30 |
| | : | |
| | : | (Supreme Court of New Jersey, D-144 |
| | : | September Term 2018) |
| | : | |
| | : | Attorney Registration No. 90834 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 29th day of May, 2020, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Adam Luke Brent is suspended from the practice of law for a period of three months.  He shall comply with all the provisions of Pa.R.D.E. 217.